# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN FRANKLIN DEROSSETT,**

      **Plaintiff,**

v.   Case No:   6:19-cv-1881-Orl-22DCI

**WAYNE IVEY, JASON ROBERTS, PETER STEAD and JOHN SMITH,**

      **Defendants.**

## ORDER OF DISMISSAL

Plaintiff, having failed to respond to the Court's January 7, 2020 show cause Order, it is

ORDERED that this case is DISMISSED without prejudice, for lack of prosecution.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 23, 2020.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties